IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.

[21] Sergio Melendez-Maldonado,
A/K/A "Cape",
Defendant.

CRIMINAL NO. 25-466 (ADC)

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE COURT:

The United States of America, by and through the undersigned attorney, hereby moves

for the issuance of a Writ of Habeas Corpus Ad Prosequendum in the above captioned case

for **[21] Sergio Melendez-Maldonado, a.k.a "Cape"**.

In support of this Petition, the United States hereby states, alleges and prays:

1. That the defendant is presently under the custody of the Puerto Rico Department of Correction, Ponce Institution 676, Ponce, Puerto Rico.

2. That the defendant is charged in the above referenced case and is pending initial appearance and other proceedings in the United States District Court for the District of Puerto Rico.

3. That it is necessary that the defendant be produced before this Court, forthwith, for initial appearance, and all subsequent judicial proceedings before this Honorable Court related to the above-captioned case.

**Petition for Writ of Habeas Corpus Ad Prosequendum**
**Page 2**

WHEREFORE, the United States of America request that this Court issue a Writ of Habeas Corpus Ad Prosequendum to the Secretary and any Warden of the Puerto Rico Department of Corrections and Rehabilitation ordering the release of **[21] Sergio Melendez-Maldonado, a.k.a "Cape"** to the custody of the United States Marshal and/or any authorized officer of the United States in order to bring Defendant before this Court for an initial appearance and for all further judicial proceedings in the above case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 18th day of May 2026.

W. STEPHEN MULDROW
United States Attorney

*s/Laura Diaz-González*
Laura Díaz-González
USDC PR No. 308313
Assistant United States Attorney
United States Attorney's Office
350 Carlos Chardón Street
Torre Chardón, Suite 1201
San Juan, Puerto Rico 00918
laura.diaz-gonzalez@usdoj.gov