IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>[21] Sergio Melendez-Maldonado,<br>A/K/A "Cape",<br>Defendant. | CRIMINAL NO. 25-466 (ADC) |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    The Warden or Custodian of the Puerto Rico Department of Correction, Ponce Institution 676, Ponce, Puerto Rico, and to any United States Marshal, or any of his Deputies.

It appears from the Petition of the United States of America that, **[21] Sergio Melendez-Maldonado, a.k.a "Cape"**, confined at the Puerto Rico Department of Correction, Ponce Institution 676, Ponce, Puerto Rico, is necessary that the defendant be produced before this court, forthwith, for initial appearance, and all subsequent judicial proceedings before this Honorable Court related to the above-captioned case.

We command you to release the body of Defendant to the United States Marshal and/or any authorized officer of the United States so that he may be brought to the United States District Court for the District of Puerto Rico, as soon as possible, for an initial appearance and for all further judicial proceedings in the above case.

**SO ORDERED.**

At San Juan, Puerto Rico, this ___ day of May 2026.

_____
Hon. Marcos E. López
United States Magistrate District Judge